| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Robertson, Anschutz & Schneid, P.L.**<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>Telephone Number: 561-241-6901<br>Attorneys For Secured Creditor<br><br>MIRIAM J. ROSENBLATT (MR 7505) | Case No.: 14-21993-KCF<br><br>Chapter 13<br><br>Judge: Kathryn C. Ferguson |
| **In Re:**<br><br>Daniel R Ackerson,<br><br>   Debtor,<br><br>Lynn M Ackerson,<br><br>   Joint Debtor. | |

Order Filed on November 10, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

### ORDER DIRECTING REDACTION OF PERSONAL INFORMATION

The relief set forth on the following page, number (2), is hereby **ORDERED.**

**DATED: November 10, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge




14-21993-KCF
ACKERSON, R DANIEL
Order on Application for Redaction

**Page 2**

Debtors: Daniel R Ackerson  AND Lynn M Ackerson
Case No.: 14-21993-KCF
Caption of Order: **Order Directing Redaction of Personal Information**

___

The court having reviewed the Application Requesting Redaction of Personal Information filed in this case by CITIZENS BANK OF PENNSYLVANIA, and regarding the following documents:

a.   Proof of Claim, filed on September 30, 2014, as claim 8-1 on the Claims Register.

ORDERED that the above document(s) be immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to D.N.J. LBR 9037-1(a)(2), the entity that filed the original document must file a redacted version of the document within 7 days of the date of this order.

ORDERED that the applicant must serve this order on all affected parties not later than one day after its entry.