| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Robertson, Anschutz & Schneid, P.L.**<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>Telephone Number: 561-241-6901<br>Attorneys For Secured Creditor<br><br>MIRIAM J. ROSENBLATT (MR 7505) | Order Filed on November 10, 2016<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.: 14-21993-KCF<br><br>Chapter 13<br><br>Judge: Kathryn C. Ferguson |
| **In Re:**<br><br>Daniel R Ackerson,<br><br>   Debtor,<br><br>Lynn M Ackerson,<br><br>   Joint Debtor. | |

## ORDER DIRECTING REDACTION OF PERSONAL INFORMATION

The relief set forth on the following page, number (2), is hereby **ORDERED.**

**DATED: November 10, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge




14-21993-KCF
ACKERSON, R DANIEL
Order on Application for Redaction

**Page 2**

Debtors: Daniel R Ackerson  AND Lynn M Ackerson
Case No.: 14-21993-KCF
Caption of Order: **Order Directing Redaction of Personal Information**
_____

  The court having reviewed the Application Requesting Redaction of Personal Information filed in this case by CITIZENS BANK OF PENNSYLVANIA, and regarding the following documents:

 a. Proof of Claim, filed on September 30, 2014, as claim 8-1 on the Claims Register.

  ORDERED that the above document(s) be immediately restricted from view on the Court's public docket, and it is hereby

  ORDERED that pursuant to D.N.J. LBR 9037-1(a)(2), the entity that filed the original document must file a redacted version of the document within 7 days of the date of this order.

  ORDERED that the applicant must serve this order on all affected parties not later than one day after its entry.

United States Bankruptcy Court
District of New Jersey

```
In re:                                                              Case No. 14-21993-KCF
Daniel R Ackerson                                                   Chapter 13
Lynn M Ackerson
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin            Page 1 of 1               Date Rcvd: Nov 15, 2016
                              Form ID: pdf903        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2016.
db/jdb         +Daniel R Ackerson,    Lynn M Ackerson,    370 Roosevelt Avenue,    Bayville, NJ 08721-2941

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2016 at the address(es) listed below:
              Adam D. Greenberg    on behalf of Creditor    Crestar Capital, L.L.C. agreenberg@hgllclaw.com,
               Aholmes@hgllclaw.com
              Adam D. Greenberg    on behalf of Creditor    PFS Financial 1, LLC agreenberg@hgllclaw.com,
               Aholmes@hgllclaw.com
              Albert    Russo    docs@russotrustee.com
              Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo (NA)    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Daniel E. Straffi    on behalf of Joint Debtor Lynn M Ackerson dstraffi1@comcast.net,
               G25938@notify.cincompass.com
              Daniel E. Straffi    on behalf of Debtor Daniel R Ackerson dstraffi1@comcast.net,
               G25938@notify.cincompass.com
              Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, NA
               bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
              John Philip Schneider    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Miriam    Rosenblatt    on behalf of Creditor    Green Tree Servicing LLC mrosenblatt@rasflaw.com
                                                                                               TOTAL: 11