Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                       Case No.:  14−21993−KCF
                       Chapter:  13
                       Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Daniel R Ackerson                                      Lynn M Ackerson
   370 Roosevelt Avenue                              370 Roosevelt Avenue
   Bayville, NJ 08721                                       Bayville, NJ 08721

Social Security No.:
   xxx−xx−3906                                               xxx−xx−5893

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on April 11, 2019.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: April 12, 2019
JAN: dmi

                                                                                  Jeanne Naughton
                                                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 14-21993-KCF
Daniel R Ackerson                                                           Chapter 13
Lynn M Ackerson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 3              Date Rcvd: Apr 12, 2019
                              Form ID: 148             Total Noticed: 87

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 14, 2019.
```
db/jdb         +Daniel R Ackerson,    Lynn M Ackerson,    370 Roosevelt Avenue,    Bayville, NJ 08721-2941
aty             Arnold L. Stadtmauer,    Celentano, Stadtmauer & Walentowicz,    4 Brighton Rd.,   PO Box 2594,
                 Clifton, NJ 07015-2594
cr             +Green Tree Servicing LLC,    Robertson, Anschutz & Schneid P.L.,    6409 Congress Ave., Suite 100,
                 Boca Raton, FL 33487-2853
cr            ++PROPEL FINANCIAL SERVICES,    PO BOX 100350,   SAN ANTONIO TX 78201-1650
                (address filed with court: PFS Financial 1, LLC,      7990 IH 10 West,    Suite 200,
                 San Antonio, TX   78230)
514847414      +ABC Financial Services,    Po Box 6800,    Sherwood, AR 72124-6800
514847417      #Aegis Sciences Corporation,    PO Box 306129,    Nashville, TN 37230-6129
515209163      +Atlantic Medical Imaging,    PO Box 1564,    Indianapolis, IN 46206-1564
514847420      +B & B Collections,    954 Route 166,    Toms River, NJ 08753-6679
514847422       Barron Emergency Physicians,    PO Box 7418,    Philadelphia, PA 19101-7418
514847425      +Berkeley Township MUA,    42 Station Road,    Bayville, NJ 08721-2129
514847426      +Berkeley Township Sewerage Authority,     255 Atlantic City Blvd.,   Bayville, NJ 08721-1296
514847428       Celentano, Stadtmauer & Walentowicz, LLp,     Notchview Office Park,
                 1035 Route 46 East, PO Box 2594,    Clifton, NJ 07015-2594
514847432      +Citifinancial,    605 Munn Road,    Fort Mill, SC 29715-8421
515293193      +Crestar Capital, LLC,    HONIG & GREENBERG, L.L.C.,    1949 BERLIN ROAD, SUITE 200,
                 CHERRY HILL, NJ 08003-2077
514847436      +E Service Inc,    Po Box 3324,    Apache Junction, AZ 85117-4121
514847437      +Ear Nose Throat & Facial Plastic Surgery,     1608 Route 88, Suite 240,   Brick, NJ 08724-3009
514847438       Emergency Medical Associates,    PO Box 60614,    Savannah, GA 31420-0614
514847441      +First Tennessee Bank,    Po Box 84,   Memphis, TN 38101-0084
514847448      +Infectious Diseases Prof Llc,    Po Box 818,    Jackson, NJ 08527-0818
514847450      +Jersey Shore Radiology Associates,     19 Main St,   Asbury Park, NJ 07712-7012
515095925      +Jersey Shore University Medical Center,     Celentano, Stadtmauer & Walentowicz, LLP,
                 1035 Route 46 East - PO Box 2594,    Clifton, NJ 07015-2594
514847457       KMC Pathaology, PA,    PO Box 60100,    Charleston, SC  29419-0100
514847452      +Kamy Dental,    Po Box 3324,    Apache Junction, AZ 85117-4121
514847453      +Kathleen R. Wall, Esq.,    2640 Highway 70,    Manasquan, NJ 08736-2611
514847455      +Kimball Emergency Medical Associates,     PO Box 6192,   Parsippany, NJ 07054-7192
514847456      +Kimball Medical Center,    3490 US Route 1,    Princeton, NJ 08540-5920
514847458       Lab Corporation,    PO Box 2240,    Burlington, NC  27216-2240
514847459       Lifebank USA,    3166 Solutions Center,    Chicago, IL  60677-3001
514847460      +Loreal Federal Credit,    30 Loreal Way,    Clark, NJ 07066-1339
514847461       NJ E-Z Pass Violation Processing,    PO Bo X52005,    Newark, NJ   07101-8205
515209164       NYC Department of Finance,    Church Street Station,    PO Box 3600,   New York, NY 10008-3600
515028143      +New Jersey Turnpike Authority,    PO Box 5042,    Woodbridge, NJ 07095-5042,
                 attn: Mark Schneider, Law Dept.
515209166       Ocean Medical Center,    PO Box 416801,    Boston, MA 02241-6801
514847462       Ocean Radiology Associates,    PO Box 1230,    Eatontown, NJ   07724-5230
514847463       Oxygen Fitness & Sports Club,    C/O ABC Financial Services,    PO Box 6800,
                 Sherwood, AR  72124-6800
514847464       Point Pleasant - Brick Radiology,    PO Box 3131,    Point Pleasant, NJ  08742-6131
514847465      +Quality Asset Recovery,    7 Foster Ave Ste 101,    Gibbsboro, NJ 08026-1191
514847466      +Ragan & Ragan,    3100 Route 138 West,    Wall, NJ 07719-9021
514847467      +Remex Inc,    307 Wall St,   Princeton, NJ 08540-1515
514847468      +Rotolo Howard & Leitner Urological,    Associates, PA,    2401 Highway 35,
                 Manasquan, NJ 08736-1158
514972119      +Rotolo Howard & Leitner Urological Associates,     c/o Kathleen R. Wall, Esq.,
                 2640 Hwy 70, Suite 9A,    P.O. Box A,   Manasquan, NJ 08736-0631
514847469      +Southern Ocean County Hospital,    7 Foster Ave Ste 101,    Gibbsboro, NJ 08026-1191
514847470      +Stafford Surgical Specialists, LLC,     201 West Passaic Street, Suite 201,
                 Rochelle Park, NJ 07662-3128
514847471     #+Sure Recovery Service,    Po Box 818,    Jackson, NJ 08527-0818
514847473      +The Schreiber Law Firm, PLLC,    3 Interplex Drive, Suite 209,    Trevose, PA 19053-6965
514847475       Tidal Emergency Physicians,    PO Box 41433,    Philadelphia, PA 19101-1433
514847474       Tidal Emergency Physicians,    2703 N Highway 75,    Sherman, TX 75090-2567
514847477      +Toms River Surgery Center,    1430 Hooper Avenue,    Toms River, NJ 08753-2895
515209165      +US Bank/Crestar Capital, LLC,    50 South 16th Street,    Suite 1950,
                 Philadelphia, PA 19102-2516
514847479      +Weichert Financial Srv,    1625 Rte 10,   Morris Plains, NJ 07950-2900
515097014      +Wells Fargo Bank, NA,    c/o Zucker Goldberg & Ackerman,    200 Sheffied Street, Suite 301,
                 Mountainside, NJ 07092-2315
514847482      +Woman Within / World Financial,    Po Box 1630,    Warren, MI 48090-1630
514847483      +Zucker, Goldberg & Ackerman,    200 Sheffield Street, Suite 301,    Mountainside, NJ 07092-2315
```

```
District/off: 0312-3          User: admin                  Page 2 of 3                   Date Rcvd: Apr 12, 2019
                              Form ID: 148                 Total Noticed: 87


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 13 2019 00:58:05      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 13 2019 00:58:02       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
514847418      +EDI: ACCE.COM Apr 13 2019 04:23:00      Asset Acceptance Llc,    Po Box 1630,
                 Warren, MI 48090-1630
514847419       E-mail/Text: billing@assa-nj.com Apr 13 2019 00:58:29       Atlantic Shore Surgical Associates,
                 478 Brick Blvd.,    Brick, NJ 08723-6077
514847421       EDI: BANKAMER.COM Apr 13 2019 04:23:00      Bank Of America,    4060 Ogletown/stanton Rd,
                 Newark, DE 19713
514847423      +EDI: HFC.COM Apr 13 2019 04:23:00      Beneficial/hfc,    Po Box 9068,   Brandon, FL 33509-9068
514847424      +EDI: HFC.COM Apr 13 2019 04:23:00      Benfcl/hfc,    Po Box 9068,   Brandon, FL 33509-9068
514847427       EDI: CAPITALONE.COM Apr 13 2019 04:23:00      Capital One,    Po Box 85520,    Richmond, VA 23285
514847429      +E-mail/Text: bankruptcy@certifiedcollection.com Apr 13 2019 00:57:57
                 Certified Credit & Collection Bureau,    PO Box 336,    Raritan, NJ 08869-0336
514847430      +EDI: CHASE.COM Apr 13 2019 04:23:00      Chase,    Po Box 15298,   Wilmington, DE 19850-5298
514847431      +EDI: CHASE.COM Apr 13 2019 04:23:00      Chase - Toys R Us,    Po Box 15298,
                 Wilmington, DE 19850-5298
514847433      +EDI: WFNNB.COM Apr 13 2019 04:23:00      Comenity Bank/nwyrk&co,    220 W Schrock Rd,
                 Westerville, OH 43081-2873
514847434      +EDI: WFNNB.COM Apr 13 2019 04:23:00      Comenity Bank/womnwthn,    4590 E Broad St,
                 Columbus, OH 43213-1301
514847435      +EDI: CRFRSTNA.COM Apr 13 2019 04:23:00       Credit First N A,   6275 Eastland Rd,
                 Brookpark, OH 44142-1399
514963351      +EDI: CRFRSTNA.COM Apr 13 2019 04:23:00       Credit First NA,   Po Box 818011,
                 Cleveland, OH 44181-8011
514847439       E-mail/Text: bknotice@ercbpo.com Apr 13 2019 00:58:11       Enhanced Recovery Company, LLC,
                 8014 Bayberry Road,    Jacksonville, FL 32256-7412
514847440      +EDI: WFNNB.COM Apr 13 2019 04:23:00      Fashion Bug/soanb,    Po Box 84073,
                 Columbus, GA 31908-4073
514847442      +EDI: RMSC.COM Apr 13 2019 04:23:00      Gecrb,    Po Box 965036,   Orlando, FL 32896-5036
514847443      +EDI: RMSC.COM Apr 13 2019 04:23:00      Gecrb/jcp,    4125 Windward Plaza,
                 Alpharetta, GA 30005-8738
514847444      +EDI: RMSC.COM Apr 13 2019 04:23:00      Gecrb/klein Sleep,    Po Box 965036,
                 Orlando, FL 32896-5036
514847445      +EDI: CITICORP.COM Apr 13 2019 04:23:00       Goodyr/cbna,    Po Box 6497,
                 Sioux Falls, SD 57117-6497
515081909      +EDI: RMSC.COM Apr 13 2019 04:23:00      Green Tree Servicing LLC,    7340 S. Kyrene Rd,
                 Recovery Dept T120,    Tempe, AZ 85283-4573
514847446      +EDI: RMSC.COM Apr 13 2019 04:23:00      Green Tree Servicing, LLC,    7360 South Kyrene Road,
                 Tempe, AZ 85283-8432
514847447      +EDI: HFC.COM Apr 13 2019 04:23:00      Hsbc/seamn,    90 Christiana Road,
                 New Castle, DE 19720-3118
514886447       EDI: JEFFERSONCAP.COM Apr 13 2019 04:23:00       Jefferson Capital Systems LLC,    Po Box 7999,
                 Saint Cloud Mn 56302-9617
514847451      +E-mail/Text: JSUMCbankruptcy@hackensackmeridian.org Apr 13 2019 00:58:47
                 Jersey Shore University Medical Center,    1945 Route 33,    Neptune, NJ 07753-4896
515557159       E-mail/Text: Bankruptcy_PFS@propelfs.com Apr 13 2019 00:57:32       PFS Financial 1, LLC,
                 c/o Propel Financial Services, LLC,    7990 IH 10 West, Suite 200,    San Antonio, TX 78230
514847472      +EDI: CITICORP.COM Apr 13 2019 04:23:00       Thd/cbna,    Po Box 6497,
                 Sioux Falls, SD 57117-6497
514847476      +EDI: WTRRNBANK.COM Apr 13 2019 04:23:00       Tnb - Target,    Po Box 673,
                 Minneapolis, MN 55440-0673
514847478      +EDI: VERIZONCOMB.COM Apr 13 2019 04:23:00       Verizon,    500 Technology Dr,
                 Weldon Spring, MO 63304-2225
515735030      +EDI: WFFC.COM Apr 13 2019 04:23:00      WELLS FARGO BANK, N.A.,    WELLS FARGO BANK, N.A.,
                 ATTENTION: BANKRUPTCY DEPARTMENT,    MAC # D3347-014,    3476 STATEVIEW BOULEVARD,
                 FORT MILL, SC 29715-7203
515098518      +EDI: WFFC.COM Apr 13 2019 04:23:00      Wells Fargo Bank, N.A.,    ATTN: Bankruptcy Dept.,
                 MAC# D3347-014,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
514847480      +EDI: WFFC.COM Apr 13 2019 04:23:00      Wells Fargo Home Mortgage,    101 North Phillips Avenue,
                 Sioux Falls, SD 57104-6714
514847481      +EDI: WESTASSET.COM Apr 13 2019 04:23:00       West Asset Management,    2703 N Highway 75,
                 Sherman, TX 75090-2567
                                                                                                TOTAL: 34

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Citizens Bank of Pennsylvania,    Robertson, Anschutz, & Schneid, P.L.,    6409 Congress Ave.,
                Suite 100,    Boca Raton
```

```
District/off: 0312-3          User: admin             Page 3 of 3            Date Rcvd: Apr 12, 2019
                              Form ID: 148            Total Noticed: 87

515082002*     +Green Tree Servicing LLC,    7340 S. Kyrene Rd,    Recovery Dept T120,    Tempe, AZ 85283-4573
515557160*    ++PROPEL FINANCIAL SERVICES,    PO BOX 100350,    SAN ANTONIO TX 78201-1650
               (address filed with court: PFS Financial 1, LLC,    c/o Propel Financial Services, LLC,
                 7990 IH 10 West, Suite 200,    San Antonio, TX 78230)
514847415    ##+Acb Receivables Management, Inc.,    19 Main St.,    Asbury Park, NJ 07712-7012
514847416    ##+Acb Receivables Mngmt,    19 Main St,    Asbury Park, NJ 07712-7012
515292577    ##+Crestar Capital, LLC,    1415 Route 70 East, Suite 500,    Cherry Hill, NJ 08034-2210
514847449    ##+Jersey Shore Radiology,    PO Box 809,    Berwick, PA 18603-0809
514847454    ##+Keystone Financial Services,    PO Box 730,    Allenwood, NJ 08720-0730
                                                                                    TOTALS: 1, * 2, ## 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 12, 2019 at the address(es) listed below:
          Adam D. Greenberg    on behalf of Creditor    Crestar Capital, L.L.C. agreenberg@hgllclaw.com,
           Aholmes@hgllclaw.com
          Adam D. Greenberg    on behalf of Creditor    PFS Financial 1, LLC agreenberg@hgllclaw.com,
           Aholmes@hgllclaw.com
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo   docs@russotrustee.com
          Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
          Craig Scott Keiser    on behalf of Creditor    WELLS FARGO BANK, N.A.
           craig.keiser@phelanhallinan.com
          Daniel E. Straffi    on behalf of Joint Debtor Lynn M Ackerson bktrustee@straffilaw.com,
           G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
          Daniel E. Straffi    on behalf of Debtor Daniel R Ackerson bktrustee@straffilaw.com,
           G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
          Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, NA
           bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
          Miriam   Rosenblatt    on behalf of Creditor    Green Tree Servicing LLC bkyecf@rasflaw.com,
           mrosenblatt@rasflaw.com
          Miriam   Rosenblatt    on behalf of Creditor    Citizens Bank of Pennsylvania bkyecf@rasflaw.com,
           mrosenblatt@rasflaw.com
                                                                                              TOTAL: 12
```