Form clsnodsc − ntcclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                            Case No.: 14−21993−MBK
                            Chapter: 13
                            Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Daniel R Ackerson                                              Lynn M Ackerson
   370 Roosevelt Avenue                                 370 Roosevelt Avenue
   Bayville, NJ 08721                                           Bayville, NJ 08721

Social Security No.:
   xxx−xx−3906                                                   xxx−xx−5893

Employer's Tax I.D. No.:

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

     You are hereby notified that the above−named case will be closed without entry of discharge on or after March 9, 2020 for the reason(s) indicated below.

- ☑ Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

- ☑ Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

- ☑ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☑ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: February 6, 2020
JAN: vpm

                                                                                  Jeanne Naughton
                                                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Daniel R Ackerson  
Lynn M Ackerson  
    Debtors

Case No. 14-21993-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Feb 06, 2020  
                Form ID: clsnodsc     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2020.  
db/jdb     +Daniel R Ackerson, Lynn M Ackerson, 370 Roosevelt Avenue, Bayville, NJ 08721-2941

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg     E-mail/Text: usanj.njbankr@usdoj.gov Feb 07 2020 01:10:31     U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534  
smg     +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 07 2020 01:10:26     United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235

                                                                                                              TOTAL: 2

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2020 at the address(es) listed below:

       Adam D. Greenberg     on behalf of Creditor    Crestar Capital, L.L.C. agreenberg@hgllclaw.com, btemple@hgllclaw.com  
       Adam D. Greenberg     on behalf of Creditor    PFS Financial 1, LLC agreenberg@hgllclaw.com, btemple@hgllclaw.com  
       Albert Russo     docs@russotrustee.com  
       Albert Russo     on behalf of Trustee Albert Russo docs@russotrustee.com  
       Albert Russo (NA)     on behalf of Trustee Albert Russo docs@russotrustee.com  
       Andrew L. Spivack     on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com  
       Craig Scott Keiser     on behalf of Creditor    WELLS FARGO BANK, N.A. craig.keiser@law.njoag.gov  
       Daniel E. Straffi     on behalf of Debtor Daniel R Ackerson bktrustee@straffilaw.com, G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com  
       Daniel E. Straffi     on behalf of Joint Debtor Lynn M Ackerson bktrustee@straffilaw.com, G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com  
       Denise E. Carlon     on behalf of Creditor    Wells Fargo Bank, NA bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com  
       Miriam Rosenblatt     on behalf of Creditor    Green Tree Servicing LLC miriam.rosenblatt@mhllp.com, mrosenblatt@rasflaw.com  
       Miriam Rosenblatt     on behalf of Creditor    Citizens Bank of Pennsylvania miriam.rosenblatt@mhllp.com, mrosenblatt@rasflaw.com  
       Robert Davidow     on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com

                                                                                                          TOTAL: 13