**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Daniel R Ackerson | Social Security number or ITIN   xxx–xx–3906 |
| | First Name    Middle Name    Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Lynn M Ackerson | Social Security number or ITIN   xxx–xx–5893 |
| | First Name    Middle Name    Last Name | EIN  _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:   14–21993–MBK

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Daniel R Ackerson                               Lynn M Ackerson

3/10/20                                         **By the court:** Michael B. Kaplan
                                                                United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 14-21993-MBK
Daniel R Ackerson                                                         Chapter 13
Lynn M Ackerson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 3          Date Rcvd: Mar 10, 2020
                             Form ID: 3180W        Total Noticed: 87


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 12, 2020.
db/jdb          +Daniel R Ackerson,   Lynn M Ackerson,   370 Roosevelt Avenue,   Bayville, NJ 08721-2941
aty             Arnold L. Stadtmauer,   Celentano, Stadtmauer & Walentowicz,   4 Brighton Rd.,   PO Box 2594,
                 Clifton, NJ 07015-2594
cr              +Green Tree Servicing LLC,   Robertson, Anschutz & Schneid P.L.,   6409 Congress Ave., Suite 100,
                 Boca Raton, FL 33487-2853
cr              ++PROPEL FINANCIAL SERVICES,   PO BOX 100350,   SAN ANTONIO TX 78201-1650
                 (address filed with court: PFS Financial 1, LLC,   7990 IH 10 West,   Suite 200,
                 San Antonio, TX  78230)
514847414       +ABC Financial Services,   Po Box 6800,   Sherwood, AR 72124-6800
515209163       +Atlantic Medical Imaging,   PO Box 1564,   Indianapolis, IN 46206-1564
514847420       +B & B Collections,   954 Route 166,   Toms River, NJ 08753-6679
514847422       Barron Emergency Physicians,   PO Box 7418,   Philadelphia, PA  19101-7418
514847425       +Berkeley Township MUA,   42 Station Road,   Bayville, NJ 08721-2129
514847426       +Berkeley Township Sewerage Authority,   255 Atlantic City Blvd.,   Bayville, NJ 08721-1296
514847428       Celentano, Stadtmauer & Walentowicz, LLp,   Notchview Office Park,
                 1035 Route 46 East, PO Box 2594,   Clifton, NJ  07015-2594
514847432       +Citifinancial,   605 Munn Road,   Fort Mill, SC 29715-8421
515292577       +Crestar Capital, LLC,   1415 Route 70 East, Suite 500,   Cherry Hill, NJ 08034-2210
515293193       +Crestar Capital, LLC,   HONIG & GREENBERG, L.L.C.,   1949 BERLIN ROAD, SUITE 200,
                 CHERRY HILL, NJ 08003-2077
514847436       +E Service Inc,   Po Box 3324,   Apache Junction, AZ 85117-4121
514847437       +Ear Nose Throat & Facial Plastic Surgery,   1608 Route 88, Suite 240,   Brick, NJ 08724-3009
514847438       Emergency Medical Associates,   PO Box 60614,   Savannah, GA  31420-0614
514847441       +First Tennessee Bank,   Po Box 84,   Memphis, TN 38101-0084
514847448       +Infectious Diseases Prof Llc,   Po Box 818,   Jackson, NJ 08527-0818
514847449       +Jersey Shore Radiology,   PO Box 809,   Berwick, PA 18603-0809
514847450       +Jersey Shore Radiology Associates,   19 Main St,   Asbury Park, NJ 07712-7012
515095925       +Jersey Shore University Medical Center,   Celentano, Stadtmauer & Walentowicz, LLP,
                 1035 Route 46 East - PO Box 2594,   Clifton, NJ 07015-2594
514847457       KMC Pathaology, PA,   PO Box 60100,   Charleston, SC  29419-0100
514847452       +Kamy Dental,   Po Box 3324,   Apache Junction, AZ 85117-4121
514847453       +Kathleen R. Wall, Esq.,   2640 Highway 70,   Manasquan, NJ 08736-2611
514847455       +Kimball Emergency Medical Associates,   PO Box 6192,   Parsippany, NJ 07054-7192
514847456       +Kimball Medical Center,   3490 US Route 1,   Princeton, NJ 08540-5920
514847458       Lab Corporation,   PO Box 2240,   Burlington, NC  27216-2240
514847459       Lifebank USA,   3166 Solutions Center,   Chicago, IL  60677-3001
514847460       +Loreal Federal Credit,   30 Loreal Way,   Clark, NJ 07066-1339
514847461       NJ E-Z Pass Violation Processing,   PO Bo X52005,   Newark, NJ  07101-8205
515209164       NYC Department of Finance,   Church Street Station,   PO Box 3600,   New York, NY 10008-3600
515028143       +New Jersey Turnpike Authority,   PO Box 5042,   Woodbridge, NJ 07095-5042,
                 attn: Mark Schneider, Law Dept.
515209166       Ocean Medical Center,   PO Box 416801,   Boston, MA 02241-6801
514847462       Ocean Radiology Associates,   PO Box 1230,   Eatontown, NJ  07724-5230
514847463       Oxygen Fitness & Sports Club,   C/O ABC Financial Services,   PO Box 6800,
                 Sherwood, AR  72124-6800
514847464       Point Pleasant - Brick Radiology,   PO Box 3131,   Point Pleasant, NJ  08742-6131
514847465       +Quality Asset Recovery,   7 Foster Ave Ste 101,   Gibbsboro, NJ 08026-1191
514847466       +Ragan & Ragan,   3100 Route 138 West,   Wall, NJ 07719-9021
514847467       +Remex Inc,   307 Wall St,   Princeton, NJ 08540-1515
514847468       +Rotolo Howard & Leitner Urological,   Associates, PA,   2401 Highway 35,
                 Manasquan, NJ 08736-1158
514972119       +Rotolo Howard & Leitner Urological Associates,   c/o Kathleen R. Wall, Esq.,
                 2640 Hwy 70, Suite 9A,   P.O. Box A,   Manasquan, NJ 08736-0631
514847469       +Southern Ocean County Hospital,   7 Foster Ave Ste 101,   Gibbsboro, NJ 08026-1191
514847470       +Stafford Surgical Specialists, LLC,   201 West Passaic Street, Suite 201,
                 Rochelle Park, NJ 07662-3128
514847473       +The Schreiber Law Firm, PLLC,   3 Interplex Drive, Suite 209,   Trevose, PA 19053-6965
514847475       Tidal Emergency Physicians,   PO Box 41433,   Philadelphia, PA  19101-1433
514847474       +Tidal Emergency Physicians,   2703 N Highway 75,   Sherman, TX 75090-2567
514847477       +Toms River Surgery Center,   1430 Hooper Avenue,   Toms River, NJ 08753-2895
515209165       +US Bank/Crestar Capital, LLC,   50 South 16th Street,   Suite 1950,
                 Philadelphia, PA 19102-2516
514847479       +Weichert Financial Srv,   1625 Rte 10,   Morris Plains, NJ 07950-2900
515097014       +Wells Fargo Bank, NA,   c/o Zucker Goldberg & Ackerman,   200 Sheffied Street, Suite 301,
                 Mountainside, NJ 07092-2315
514847482       +Woman Within / World Financial,   Po Box 1630,   Warren, MI 48090-1630
514847483       +Zucker, Goldberg & Ackerman,   200 Sheffield Street, Suite 301,   Mountainside, NJ 07092-2315

```
District/off: 0312-3            User: admin              Page 2 of 3              Date Rcvd: Mar 10, 2020
                               Form ID: 3180W            Total Noticed: 87


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 11 2020 00:40:05       U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 11 2020 00:39:59       United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
514847418      +EDI: ACCE.COM Mar 11 2020 03:48:00       Asset Acceptance Llc,    Po Box 1630,
                Warren, MI 48090-1630
514847419       E-mail/Text: billing@assa-nj.com Mar 11 2020 00:40:33       Atlantic Shore Surgical Associates,
                478 Brick Blvd.,   Brick, NJ  08723-6077
514847421       EDI: BANKAMER.COM Mar 11 2020 03:48:00       Bank Of America,    4060 Ogletown/stanton Rd,
                Newark, DE  19713
514847423      +EDI: HFC.COM Mar 11 2020 03:48:00       Beneficial/hfc,    Po Box 9068,   Brandon, FL 33509-9068
514847424      +EDI: HFC.COM Mar 11 2020 03:48:00       Benfcl/hfc,    Po Box 9068,   Brandon, FL 33509-9068
514847427       EDI: CAPITALONE.COM Mar 11 2020 03:48:00       Capital One,    Po Box 85520,   Richmond, VA  23285
514847429      +E-mail/Text: bankruptcy@certifiedcollection.com Mar 11 2020 00:39:39
                Certified Credit & Collection Bureau,    PO Box 336,   Raritan, NJ 08869-0336
514847433      +EDI: WFNNB.COM Mar 11 2020 03:48:00       Comenity Bank/nwyrk&co,    220 W Schrock Rd,
                Westerville, OH 43081-2873
514847434      +EDI: WFNNB.COM Mar 11 2020 03:48:00       Comenity Bank/womnwthn,    4590 E Broad St,
                Columbus, OH 43213-1301
514847435      +EDI: CRFRSTNA.COM Mar 11 2020 03:48:00       Credit First N A,    6275 Eastland Rd,
                Brookpark, OH 44142-1399
514963351      +EDI: CRFRSTNA.COM Mar 11 2020 03:48:00       Credit First NA,    Po Box 818011,
                Cleveland, OH 44181-8011
514847439       E-mail/Text: bknotice@ercbpo.com Mar 11 2020 00:40:12       Enhanced Recovery Company, LLC,
                8014 Bayberry Road,   Jacksonville, FL  32256-7412
514847440      +EDI: WFNNB.COM Mar 11 2020 03:48:00       Fashion Bug/soanb,    Po Box 84073,
                Columbus, GA 31908-4073
514847442      +EDI: RMSC.COM Mar 11 2020 03:48:00       Gecrb,    Po Box 965036,   Orlando, FL 32896-5036
514847443      +EDI: RMSC.COM Mar 11 2020 03:48:00       Gecrb/jcp,    4125 Windward Plaza,
                Alpharetta, GA 30005-8738
514847444      +EDI: RMSC.COM Mar 11 2020 03:48:00       Gecrb/klein Sleep,    Po Box 965036,
                Orlando, FL 32896-5036
514847445      +EDI: CITICORP.COM Mar 11 2020 03:48:00       Goodyr/cbna,    Po Box 6497,
                Sioux Falls, SD 57117-6497
515081909      +EDI: RMSC.COM Mar 11 2020 03:48:00       Green Tree Servicing LLC,    7340 S. Kyrene Rd,
                Recovery Dept T120,   Tempe, AZ 85283-4573
514847446      +EDI: RMSC.COM Mar 11 2020 03:48:00       Green Tree Servicing, LLC,    7360 South Kyrene Road,
                Tempe, AZ 85283-8432
514847447      +EDI: HFC.COM Mar 11 2020 03:48:00       Hsbc/seamn,    90 Christiana Road,
                New Castle, DE 19720-3118
514886447       EDI: JEFFERSONCAP.COM Mar 11 2020 03:48:00       Jefferson Capital Systems LLC,    Po Box 7999,
                Saint Cloud Mn 56302-9617
514847430       EDI: JPMORGANCHASE Mar 11 2020 03:48:00       Chase,    Po Box 15298,   Wilmington, DE  19850
514847431       EDI: JPMORGANCHASE Mar 11 2020 03:48:00       Chase - Toys R Us,    Po Box 15298,
                Wilmington, DE  19850
514847451      +E-mail/Text: JSUMCbankruptcy@hackensackmeridian.org Mar 11 2020 00:40:58
                Jersey Shore University Medical Center,    1945 Route 33,   Neptune, NJ 07753-4896
515557159       E-mail/Text: Bankruptcy_PFS@propelfs.com Mar 11 2020 00:39:04       PFS Financial 1, LLC,
                c/o Propel Financial Services, LLC,   7990 IH 10 West, Suite 200,   San Antonio, TX 78230
514847472      +EDI: CITICORP.COM Mar 11 2020 03:48:00       Thd/cbna,    Po Box 6497,
                Sioux Falls, SD 57117-6497
514847476      +EDI: WTRRNBANK.COM Mar 11 2020 03:48:00       Tnb - Target,    Po Box 673,
                Minneapolis, MN 55440-0673
514847478      +EDI: VERIZONCOMB.COM Mar 11 2020 03:48:00       Verizon,    500 Technology Dr,
                Weldon Spring, MO 63304-2225
515735030      +EDI: WFFC.COM Mar 11 2020 03:48:00       WELLS FARGO BANK, N.A.,    WELLS FARGO BANK, N.A.,
                ATTENTION: BANKRUPTCY DEPARTMENT,   MAC # D3347-014,   3476 STATEVIEW BOULEVARD,
                FORT MILL, SC 29715-7203
515098518      +EDI: WFFC.COM Mar 11 2020 03:48:00       Wells Fargo Bank, N.A.,    ATTN: Bankruptcy Dept.,
                MAC# D3347-014,   3476 Stateview Blvd.,   Fort Mill, SC 29715-7203
514847480      +EDI: WFFC.COM Mar 11 2020 03:48:00       Wells Fargo Home Mortgage,    101 North Phillips Avenue,
                Sioux Falls, SD 57104-6714
514847481      +EDI: WESTASSET.COM Mar 11 2020 03:48:00       West Asset Management,    2703 N Highway 75,
                Sherman, TX 75090-2567
                                                                                           TOTAL: 34


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Citizens Bank of Pennsylvania,   Robertson, Anschutz, & Schneid, P.L.,   6409 Congress Ave.,
                Suite 100,   Boca Raton
```

```
District/off: 0312-3          User: admin              Page 3 of 3           Date Rcvd: Mar 10, 2020
                             Form ID: 3180W            Total Noticed: 87
```

```
515082002*     +Green Tree Servicing LLC,   7340 S. Kyrene Rd,   Recovery Dept T120,   Tempe, AZ 85283-4573
515557160*    ++PROPEL FINANCIAL SERVICES,   PO BOX 100350,   SAN ANTONIO TX 78201-1650
               (address filed with court: PFS Financial 1, LLC,   c/o Propel Financial Services, LLC,
                 7990 IH 10 West, Suite 200,   San Antonio, TX 78230)
514847415    ##+Acb Receivables Management, Inc.,   19 Main St.,   Asbury Park, NJ 07712-7012
514847416    ##+Acb Receivables Mngmt,   19 Main St,   Asbury Park, NJ 07712-7012
514847417    ##+Aegis Sciences Corporation,   PO Box 306129,   Nashville, TN  37230-6129
514847454    ##+Keystone Financial Services,   PO Box 730,   Allenwood, NJ 08720-0730
514847471    ##+Sure Recovery Service,   Po Box 818,   Jackson, NJ 08527-0818
                                                                       TOTALS: 1, * 2, ## 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 10, 2020 at the address(es) listed below:
```
          Adam D. Greenberg    on behalf of Creditor    Crestar Capital, L.L.C. agreenberg@hgllclaw.com,
           btemple@hgllclaw.com
          Adam D. Greenberg    on behalf of Creditor    PFS Financial 1, LLC agreenberg@hgllclaw.com,
           btemple@hgllclaw.com
          Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert  Russo    docs@russotrustee.com
          Albert  Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
          Craig Scott Keiser    on behalf of Creditor    WELLS FARGO BANK, N.A. craig.keiser@law.njoag.gov
          Daniel E. Straffi    on behalf of Joint Debtor Lynn M Ackerson bktrustee@straffilaw.com,
           G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
          Daniel E. Straffi    on behalf of Debtor Daniel R Ackerson bktrustee@straffilaw.com,
           G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
          Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, NA
           bankruptcynotice@zuckergoldberg.com,  bkgroup@kmllawgroup.com
          Miriam  Rosenblatt    on behalf of Creditor    Green Tree Servicing LLC miriam.rosenblatt@mhllp.com,
           mrosenblatt@rasflaw.com
          Miriam  Rosenblatt    on behalf of Creditor    Citizens Bank of Pennsylvania
           miriam.rosenblatt@mhllp.com,  mrosenblatt@rasflaw.com
          Robert  Davidow    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
                                                                            TOTAL: 13
```